UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERMAN LEE BARTON JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SENATE, <br><br> Defendant. | Case No. C17-1105-JLR <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND RECOMMENDATION FOR REVIEW |

Plaintiff, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1)   Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

(2)   The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable James L. Robart.

DATED this 25th day of July, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1